**Anthony ACHORONYE,
Plaintiff–Appellant,**

v.

**PRINCE GEORGE'S COUNTY,
Defendant–Appellee.**

No. 10–1315.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 25, 2010.

Anthony Achoronye, Appellant Pro Se. Rajeshanand Kumar, Maria Katherine Patterson, Prince George's County Office of Law, Upper Marlboro, Maryland, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM.

Anthony Achoronye appeals the district court's order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court from the bench. *Achoronye v. Prince George's Cnty.,* No. 8:09–cv–02528–RWT (D.Md. Feb. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*